IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00684-MSK-CBS

ILS, INC., doing business as Insurance Leads SVCS,

    Plaintiff,

v.

WMM, INC., doing business as Letters Plus;
J-MAIL, INC.; and
JAYSON KLINE,

    Defendants.

## ORDER DISMISSING CLAIMS AS TO DEFENDANT DATAMAN, INC.

THIS MATTER comes before the Court on the Plaintiff's Motion for Dismissal Without Prejudice of Defendant Dataman, Inc. (Motion) **(#35)** filed August 8, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Dataman, Inc. are hereby dismissed, without prejudice, each party to bear his, her or its own attorney fees and costs. All future captions shall so reflect.

DATED this 16th day of August, 2013.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Court