IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00684-MSK-CBS

ILS, INC., doing business as Insurance Leads SVCS,

    Plaintiff,

v.

WMM, INC., doing business as Letters Plus,

    Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#48)** filed February 13, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against Defendants J-Mail, Inc. and Jayson Kline are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.  All future captions shall omit the dismissed parties.

DATED this 13th day of February, 2014.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Court