IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00684-MSK-CBS

ILS, INC., d/b/a Insurance Leads Svcs.,

   Plaintiff,

v.

WMN, INC., d/b/a Letters Plus,

   Defendant.

---

# FINAL JUDGMENT

---

  In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

  The parties being in agreement and the Court finding it lacks subject matter jurisdiction over the remaining claims, it is

  **ORDERED**:   The remaining claims are dismissed without prejudice.   The case is closed.

Dated this 14th day January, 2015.

        ENTERED FOR THE COURT:
        JEFFREY P. COLWELL, CLERK


        s/Patricia Glover
         Deputy Clerk